No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the

River Master is awarded a total of $3,189.83 for the period April 1 through June 30, 1999, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 526 U. S. 1085.]